# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131632 (70)

JOSEPH LASH,
            Plaintiff-Appellee,

v

CITY OF TRAVERSE CITY,
            Defendant-Appellant.
_____

SC: 131632
COA: 263873
Grand Traverse CC: 04-024067-CL

On order of the Chief Justice, the motion by defendant-appellant for leave to file reply brief instanter is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

Clerk